UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHASAYE ARAYA,<br><br>      Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY CHILD SUPPORT SERVICES DEPARTMENT,<br><br>      Defendant. | Case No. 2:25-cv-00591-SB-AGR<br><br>ORDER OF DISMISSAL |

      On January 23, 2025, Plaintiff filed this action and requested to proceed in forma pauperis (IFP).  Dkt. Nos. 1, 3.  Because the IFP request did not provide sufficient information about his ability to pay, the Court ordered him to file a new request that included additional information about his income.  Dkt. No. 13.  Plaintiff initially responded on February 6, 2025 with an amended IFP request, Dkt. Nos. 14, 15, but on February 10 he filed a notice stating he had "decided to withdraw [his] IFP application" and would pay "promptly," Dkt. No. 16.  Consequently, on February 13 the Court ordered Plaintiff to pay the filing fee by February 28, 2025, warning that "[f]ailure to timely pay will result in dismissal of this action without prejudice."  Dkt. No. 21.

      That deadline has passed, and Plaintiff has not paid the filing fee.  Accordingly, as warned, this action is dismissed without prejudice to his refiling and paying the fee.[1]

Date: March 10, 2025

                                                Stanley Blumenfeld, Jr.
                                        United States District Judge

---

[1] Despite failing to pay the fee, he filed a default judgment motion.  Dkt. No. 24.  Before the motion was filed, Defendant appeared and was granted an extension of the time to respond to the complaint.  Dkt. Nos. 19, 27.  The motion is denied as moot.