IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAHASAYE ARAYA, | Case No. 2:25-cv-00591-SB-AGR |
| Plaintiff, | FINAL JUDGMENT |
| v. | |
| LOS ANGELES COUNTY CHILD SUPPORT SERVICES DEPARTMENT, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that Judgment is entered for Defendants. Claims One, Three, Four, Fourteen, and Fifteen are dismissed with prejudice. The remaining claims are dismissed without prejudice and without leave to amend.

DATED: October 23, 2025

_____
STANLEY BLUMENFELD, JR.
United States District Judge